## ARTICLE 10

### OTHER CONDITIONS OR SERVICES

*(Describe any services not included above which are to be performed by the Architect or Owner. State whether services to be provided by the Architect are Basic Services or Additional Services.)*

PRINCIPAL'S TIME AT THE FIXED RATE OF FIFTY DOLLARS ($50.00) PER HOUR. FOR THE PURPOSES OF THIS AGREEMENT, THE PRINCIPALS ARE: L. A. BAKER AIA ARCHITECT.

TECHNICAL LEVEL II TIME AT THE FIXED RATE OF THIRTY FIVE DOLLARS ($35.00) PER HOUR. FOR THE PURPOSES OF THIS AGREEMENT, TECHNICAL LEVEL PERSONNEL INCLUDE: SENIOR DRAFTSMAN.

TECHNICAL LEVEL III AND CLERICAL TIME AT THE FIXED RATE OF TWENTY DOLLARS ($20.00) PER HOUR. FOR PURPOSES OF THIS AGREEMENT, TECHNICAL LEVEL III AND CLERICAL PERSONNEL INCLUDE: JR. DRAFTSMAND AND CLERICAL.

"PRINCIPALS AND EMPLOYEES TIME AT A MULTIPLE OF ONE AND THIRTY-THREE (1.33) TIMES THEIR DIRECT PERSONNEL EXPENSE AS DEFINED IN ARTICLE 4."

This Agreement entered into as of the day and year first written above.

| OWNER | ARCHITECT |
| --- | --- |
| HOPKINTON VILLAGE INC. | L. A. BAKER AIA ARCHITECT |
| HOPE VALLEY, | POTTER HILL ROAD |
| RHODE ISLAND 02832 | WESTERLY, RI 02891 |
| Brenda Tukas | L Baker |

AIA DOCUMENT B181 • OWNER-ARCHITECT AGREEMENT FOR HOUSING SERVICES • JUNE 1978 EDITION • AIA® © 1978 • THE AMERICAN INSTITUTE OF ARCHITECTS 1735 NEW YORK AVENUE, N.W., WASHINGTON, D.C. 20006

# Construction Contract Cost Plus

U.S. Department of Housing and Urban Development

THIS AGREEMENT, made the 19th day of OCTOBER 19 87, between PROMAC, INCORPORATED (hereinafter called the "Contractor") and HOPKINTON VILLAGE, INCORPORATED (hereinafter called the "Owner").

**WITNESSETH**, that the Contractor and the Owner, for the consideration hereinafter set out, agree as follows:

**Article 1 – Scope of Contract**

A. The Contract between the parties is set forth in the "Contract Documents" which consists of this Agreement, the Drawings and Specifications, the current edition of AIA Document A201, "General Conditions of the Contract for Construction," and Form HUD 2554, "Supplementary Conditions of the Contract for Construction." The provisions of this instrument and the said HUD Supplementary Conditions take precedence over all inconsistent provisions in the said AIA General Conditions. This Contract constitutes the entire agreement between the parties, and any previously existing contract concerning the work contemplated by the Contract Documents is hereby revoked.

B. The Contractor shall furnish all of the materials and perform all of the work (within the property lines) shown on, and in accordance with, the Drawings and specifications entitled CANONCHET CLIFFS II

HUD Project No. RI-43-L11059 dated ~~March, 1986~~ JULY 14, 1987 ~~AG~~ 10/19/87

C. The Drawings, which are numbered L-1, C-1 thru C-5, SE-1, A1 thru A18, M-1 thru M8 P-1 thru P-9, E-1 thru E6 and the Specifications, the pages of which are numbered Division 1 thru 16, received by HUD on March 12, 1987 and Addendum #1 dated Sept. 21, 1987 have been prepared by L.A. BAKER, AIA ("Design Architect").

The Architect administering the Construction Contract (hereinafter, and elsewhere in the Contract Documents, referred to as the "Architect") is L.A. BAKER, AIA.

A master set of said Drawings and Specifications, identified by the parties hereto and by the Design Architect, the Architect, and the Contractor's Surety or Guarantor have been placed on file with the Department of Housing and Urban Development ("HUD"), and shall govern in all matters which arise with respect to such Drawings and Specifications.

E. Changes in the Drawings and Specifications or any terms of the Contract Documents, or orders for extra work, or changes by altering or adding to the work, or which will change the design concept, may be effected only with the prior written approval of HUD under such conditions as HUD may establish.

F. Notwithstanding any other provisions contained in the Contract Documents, the following is applicable to all construction contracts not competitively bid in accordance with HUD's rules and regulations:

The Contractor acknowledges that this Agreement has resulted from sole-source negotiation rather than from competitive bid.

The Contractor has conducted a full and independent inspection of the site and acknowledges that it has taken steps reasonably necessary to ascertain the nature and location of the work, and that it has investigated and satisfied itself as to the general and local conditions which can affect the work or its cost. The Contractor also acknowledges that it has satisfied itself as to the character, quality and quantity of surface and subsurface materials or obstacles to be encountered insofar as this information is reasonably ascertainable from an inspection of the site, including all exploratory work (such as test borings) done by or on behalf of the Contractor, as well as from the drawings and specifications made a part of this Contract. Any failure of the Contractor to take the actions described and acknowledged in this paragraph will not relieve the Contractor from responsibility for estimating properly the difficulty and cost of successfully performing the work or for proceding to successfully perform the work without additional expense to the Owner, or HUD.

The Contractor warrants to the Owner and HUD that the work, when completed, will comply fully with all HUD requirements and applicable building and safety codes, regulations, and construction requirements imposed or enforced by any governmental agencies and in existence on the date of execution of this agreement, without regard to any errors, omissions or deficiencies in the drawings and specifications.

The Contractor further agrees that it will not be entitled to any increase in the contract price because of changes in the drawings and specifications arising out of errors, omissions or deficiencies in the drawings and specifications, and that it will not assert any claim against the Owner or HUD in connection therewith.

PLAINTIFF'S EXHIBIT D

**Article 4 - Receipts and Releases of Liens**

The Owner may require the Contractor to attach to each request for payment its acknowledgement of payment and all subcontractors' and materialmen's acknowledgements of payment for work done and materials, equipment and fixtures furnished through the date covered by the previous payment. Concurrently with the final payment, the Owner may require the Contractor to execute a waiver or release of lien for all work performed and materials furnished hereunder, and may require the Contractor to obtain similar waivers or releases from all subcontractors and materialmen.

**Article 5 - Requirements of Contractor**

A. The Contractor shall furnish, at its own expense, XXXXXXXXXXXXXXXXXX licenses, tools, equipment and temporary structures necessary for the construction of the project. The Contractor shall give all required notices and shall comply with all applicable codes, laws, ordinances, rules and regulations, and protective covenants, and with the current regulations of the National Board of Fire Underwriters, wherever applicable. The Contractor further shall comply with the provisions of the Occupational Safety and Health Act of 1970. The Contractor shall immediately notify HUD of the delivery of all permits, licenses, certificates of inspection, certificates of occupancy, and any other such certificates and instruments required by law, regardless of to whom issued, and shall cause them to be displayed to HUD upon request.

B. If the Contractor observes that the Drawings and Specifications are at variance with any applicable codes, laws, ordinances, rules or regulations, or protective covenants, it shall promptly notify the Architect in writing, and any necessary changes shall be made as provided in this Contract for changes in the Drawings and Specifications.

C. Upon completion of construction, the Contractor shall furnish to the Owner a survey showing the location on the site of all improvements constructed thereon, and showing the location of all water, sewer, gas and electric lines and mains, and of all existing utility easements. Such survey shall be prepared by a licensed surveyor who shall certify that the work is installed and erected entirely upon the land covered by the mortgage and within any building restriction lines on said land, and does not overhang or otherwise encroach upon any easement or right-of-way of others. In addition, the Contractor shall furnish additional surveys when required by the owner for any improvements, including structures and utilities, not theretofore located on a survey. The Contractor shall furnish copies of such survey required hereunder for HUD.

D. The Contractor shall assume full responsibility for the maintenance of all landscaping which may be required by the Drawings and Specifications until such time as both parties to this Contract shall receive written notice from HUD that such landscaping has been finally completed. The Owner hereby agrees to make available to the Contractor, for such purpose, without cost to the latter, such facilities as water, hose and sprinkler.

**Article 6 - Assurance of Completion**

.ie Contractor shall furnish to the Owner assurance of completion of the work in the form of Performance and Material Bond

Such assurance of completion shall run to the Owner and HUD as obligees.

**Article 7 - Waiver of Lien or Claim**

The Contractor shall file no mechanic's or materialman's lien or maintain any claim against the Owner's real estate or imporvements for or on account of any work done, labor performed or materials furnished under this Contract, and shall include in each subcontract a clause which shall impose this requirement on the subcontractor.

**Article 8 - Right of Entry and Interpretation**

A. HUD, its agents or assigns, at all times during construction, has the right of entry and free access to the project and the right to inspect all work done and materials, equipment and fixtures furnished, installed or stored in and about the project. For such purpose, the Contractor shall furnish such enclosed working space as HUD may require and find acceptable as to location, size, accommodations and furnishings.

B. HUD shall also have the right to interpret the Contract Documents and to determine compliance therewith.

**Article 9 - Assignments, Subcontracts and Termination**

A. This Contract shall not be assignable by either party without prior written consent of the other party and HUD, except that the Owner may assign the Contract, or any rights hereunder, to HUD.

B. The Contractor shall not subcontract all of the work to be performed hereunder without the prior written consent of the Owner and HUD.

C. Upon request by the Owner, or HUD, the Contractor shall disclose the names of all persons with whom it has contracted or will contract with respect to work to be done and materials and equipment to be furnished hereunder.

The Contractor understands that the work under this contract is to be financed by a building loan to be secured by a mortgage and subject to the terms of a Building Loan Agreement between the Owner and HUD.

Addendum to Form 2442A-EH

The Contractor acknowledges that this Agreement has resulted from sole-source negotiation rather than from competitive bid.

The Contractor has conducted a full and independent inspection of the site and acknowledges that it has taken steps reasonably necessary to ascertain the nature and location of the work, and that it has investigated and satisfied itself as to the general and local conditions which can affect the work or its cost. The Contractor also acknowledges that it has satisfied itself as to the character, quality and quantity of surface and subsurface materials or obstacles to be encountered insofar as this information is reasonably ascertainable from an inspection of the site, including all exploratory work (such as test borings) done by or on behalf of the Contractor, as well as from the drawings and specifications made a part of this Contract. Any failure of the Contractor to take the actions described and acknowledged in this paragraph will not relieve the Contractor from responsibility for estimating properly the difficulty and cost of successfully performing the work or for proceding to successfully perform the work without additional expense to the Owner, or HUD.

The Contractor warrants to the Owner and HUD that the work, when completed, will comply fully with all HUD requirements and applicable building and safety codes, regulations, and construction requirements imposed or enforced by any governmental agencies and in existence on the date of execution of this agreement, without regard to any errors, omissions or deficiencies in the drawings and specifications.

The Contractor further agrees that it will not be entitled to any increase in the contract price because of changes in the drawings and specifications arising out of errors, omissions or deficiencies in the drawings and specifications, and that it will not assert any claim against the Owner or HUD in connection therewith.

ACKNOWLEDGED:

CONTRACTOR DATE

OWNER DATE



Incorporated 1757

*Town of Hopkinton*

Hopkinton, Rhode Island 02833

Office of the
BUILDING INSPECTOR
Zoning Inspector
Electrical Inspector
Plumbing/Mechanical Inspector

April 14, 2005

To: John C. Kelly
Rockport Mortgage Corporation
17 Rogers Street
Gloucester, MA 01930

Re: Canonchet Cliffs I and II

Dear Mr. Kelly:

At your request, I have reviewed the building plans on site of the above referenced buildings, and I have examined the plans that were submitted to the Town of Hopkinton for the development. In addition, I also reviewed the 1986 and the 1987 building codes in effect at the time of construction. My findings relating to the referenced development are as follows:

1) attic areas separation walls were not constructed or maintained according to the construction documents and code documents

2) the one (1) hour fire-rated corridor (identified on the plans as a corridor passage on sheet A-10 and detailed on A-13) was not constructed to the design standard and does not conform to a 1-hour fire rated wall assembly

3) in the main structure, the office octagon building, the foyer dining room area (which is now the assembly area) was required to have a 1-hour fire-rated ceiling and floor assembly between the first and second floor. The ceiling was required to be 5/8 " type X fire-rated sheet rock. This fire-rated sheet rock has been substituted with a suspended ceiling which does not conform to the area separation requirement of a 1-hour assembly.

4) the main corridor was required to be a 1-hour fire-rated assembly indicating a pipe chase above the suspended ceiling line. The required sheet rock installation was not completed to provide an envelope effect to protect the combustible wood joists above. This area does not comply with the code requirements.

5) the vertical pipe chase for conduits between floors are not built to 1-hour fire-rated requirements. Thus, a chimney effect is created which would allow for the passage of smoke and fire into the attic and other areas.

All of the items identified above require immediate attention.

Should you have any questions, need assistance or additional information, do not hesitate to contact me at 377-7771.

Sincerely,

Charles M. Mauti
Building and Zoning Official



03/15/2014 09:29 FAX

architecture
engineering
interior design

27 April 2005

Mr. William J. Canning
Canning Management Company
402 Pontiac Avenue
Cranston, RI 02910

Re: Canonchet Cliffs I & II
RGB #5574-5

Dear Mr. Canning:

At your request, I visited the Canonchet Senior Housing Facility to review issues raised by the Hopkinton Building Official, Mr. C. Mauti. Mr. Mauti requested to accompany me on my review.

Our inspection began at the Canonchet II Facility. RGB's observations follow in accordance with RI 1984 State Building Code:

A. Community Room

1. The ceiling is not a rated system.
*A 1 hr. separation is required to the units on the second floor.*

2. The gypsum board walls to adjacent spaces and the corridor do not extend to the deck above.
*A 1 hr. rating is required.*

B. Corridors

1. The gypsum board on the corridor walls does not extend to the deck above.
*A 1 hr. rating is required.*

2. Penetrations exist in the corridor walls that are not adequately sealed.
*A 1 hr. rating is required.*

3. Second and third floor lounge areas are open to the corridor.
*A 1 hr. rating is required.*

4. Corridor is not separated by rated walls from stairs.
*A 2 hr. rating is required.*

5. Check carpet in corridor for records on flame spread and smoke development
*A Class "A" finish is required.*

30 Hudson Street · Providence, Rhode Island 02903 Tel: (401) 272-1730 · Fax: (401) 273-7156
www.rgb.net

PLAINTIFF'S EXHIBIT
F

Mr William J. Canning
Canning Management Company
Re: Canonchet Cliffs I & II
RGB #5374-3
27 April 2005
Page 2

6. At the corner stair, there is a triangular shaped void. This void has no rated gypsum board on the inside of the walls, and therefore, the corridor at this area is not properly rated.
*A 1 hr. rating is required. (Note: this void also affects the center stair rating, where a 2 hr. rating is required.*

7. North wing third floor ceiling has 4" plastic flex duct bath exhaust penetrating the corridor walls.
*Metal ducts are required*

8. Corridor ceilings are rated tile, but are not installed to constitute a tested assembly (joists too small; 2 x 8, no clips installed)
*A 1 hr. rated floor to floor construction is required.*

C. Stairs

1. The stairs are 42" – 43" wide.
*Stair width required is 44".*

2. The gypsum board on stairwells to the corridor does not extend to the deck.
*A 2 hr. rating is required.*

3. Stair handrails do not conform with the required extension beyond the first and last riser.
*A 12" extension is required.*

4. The stair ceilings are not protected from a fire in the attic.
*A two hour rating is required.*

5. Stairs are carpeted; rating unknown.
*A Class "A" rating is required within stairwells.*

6. Third floor north end stair door is a 20 minute rated door.
*A 1 ½ hour rated door is required.*

D. Area Separation Walls

1. The building also exceeds the floor area requirements permitted for a 5A building. The building does not meet the requirements of a 5A building because of missing gypsum board on structural members. The design drawings indicate a 2 hr. area separation wall across the building on the north side of the central stair to comply with the area limits for 5A. At areas where it could be observed, the wall was not properly construction to be a 2 hr. wall. It does not extend through the attic to the roof deck and there is not sheathing protection 4 ft., each side of the wall at the roof. (Destructive investigation is necessary to check other areas of the wall).
*The maximum floor area allowed in 5A construction with perimeter increase to 50% is approximately 12,000 SF.*

 Mr William J Canning
Canning Management Company
Re: Canonchet Cliffs I & II
RGB #5374-5
27 April 2005
Page 3

2. The attic is not divided into a maximum of 3,000 SF areas. The fire stops that exist have openings that do not have self closing access doors.
*3,000 SF attic areas are the maximum permitted.*

E. Back (South) Office

1. Gypsum board does not extend to the deck above, therefore it is not properly separated from the corridor or adjacent apartments.
*A 1 hr. rating is required.*

F. Laundry Rooms

1. Gypsum board does not extend to the deck; doors and vision panels are not properly rated.
*A 1 hr. rating is required.*

G. Attic

1. The roof ridge vents were cut in, leaving the edge of plywood unsupported a the ridge.
*2 X support if required.*

2. The ceiling tile in the third floor ceiling is a rated tile; however, it is not installed to constitute a tested 1 hr. rated assembly (joists too small; 2 x 8, no clips installed).
*A 1 hr. rated assembly is required.*

H. Units

1. The rating of unit ceilings could not be verified (destructive testing is required). It is not known if the ceiling was construction of a continuous 5/8" type X gypsum board membrane, or if stud tracks interrupt the rated membrane. Studs were observed from one area of the attic.
*A 1 hr. rating is required.*

2. It is not known if walls between units are constructed to seal to the deck above. If they are not, the wall ceiling membranes must be continuous and the interstitial space must be firestopped into 1,500 SF areas.
*A 1 hr. rating is required between units and interstitial ceiling to floor spaces must be fire stopped each 1,500 SF.*

Because of the numerous violation observed, it is reasonable to believe that other areas not visib le may also contain violations.

The construction type, 5A, requires that all structural members be rated for 1 hr. All corridors and units required 1 hr. rating. All stairs require 2 hr. ratings. The floor to floor rating requirement is 1 hr. and top floor to attic is 1 hr.

Mr William J. Canning
Canning Management Company
Re: Canonchet Cliffs I & II
RGB #5374-3
27 April 2005
Page 4

**Inspection of the "Mill" Building:**

Similar violations to Canonchet II were observed in ceiling wall ratings. In addition, the following was observed:

1. Corridors and stairs are not 44" wide (43" +/-).
2. Stairs are not 2 hr. rated.
3. Laundry Room doors held open.
4. Sitting Room at Laundry Room not rated from corridor.
5. 2 hr. separation wall does not appear to be construction with two layer, type "X" gypsum board each side. Wall is not thick enough (destructive investigation required to confirm).
6. Ridge vent cut in, leaving roof sheathing edge unsupported.
7. Rating of stairwell drapery unknown. Class "A" required.
8. Stair windows within 18" of floor are not protected or of tempered glass.
9. Electric Room used for storage.
10. The elevator exit access corridor has doors into Elevator Mechanical Room, Mechanical Room and a Storage Room. This corridor wall is not properly construction to be 2 hr. rated. Unoccupied spaces open into the exist access corridor.

**Inspection of the "Shed"**

Similar violations to Canonchet II were observed in ceiling and wall ratings. In addition, the following was observed:

1. Stairs are not 44" wide (42").
2. Laundry Room opens into the stairwell.
3. HVAC units through ceiling at attic; no fire dampers observed.
4. No rated door to shed attic (1 hr. required).
5. Second floor corridor wall to shed attic not 1 hr. rated (no gypsum on attic side). The wall is also not properly fire stopped between floors or to the attic.
6. Attic separation wall not 2 hr. rated and does not extend through the attic.
7. The said attic fire stop has unprotected openings. Openings in fire stop are not 30" wide.
8. Check drapery for Class "A" rating in stairs.
9. Stair window within 18" of the floor and is unprotected and not tempered glass.

**Inspection of the "House"**

Similar violations to Canonchet II were observed in ceiling and wall ratings. In addition, the following was observed:

1. Stair has rooms opening into the stairwell, Laundry Room and Apartment.
2. Stairs are not 44" wide (39").
3. East stair has 6'-2" headroom (6'-8" required).
4. Laundry Room door has no label.
5. Electric Room opens off stairwell.

Mr. William J. Canning
Canning Management Company
Re: Canonchet Cliffs I & II
RGB #5374-3
27 April 2005
Page 5

6. Stairwell is not 2 hr. rated.
7. Numerous penetrations to units above corridor ceiling.
8. Attic fire stop lacks protected openings.

Recommendations:

Although the majority of the observed violations appear to have existed from the time of the original construction, RGB believes the violations are of a serious nature and recommends that Canonchet immediately begin action to correct the items that can be physically corrected. Discussions with the appropriate code officials must be held to develop a plan of action to mitigate all issues. Fire officials should be advised of these items so they are aware of the hazards that exist.

Please contact me if RGB can be of further assistance in resolving these issues.

Very truly yours,

James R. Carlson, AIA, NCARB
Executive Vice President

JRC:cac



**MEETING MEMORANDUM** / 26 May 2005
**Re: Canonchet Cliffs II**
**RGB #5374-3**

**Attending on Site:**

| | |
|---|---|
| Lois Chappelle | Canonchet Cliffs |
| Pat Sawyer | Canonchet Cliffs |
| Charles M. Mauti | Building & Zoning |
| Raymond Bader | Hope Valley Fire Marshal |
| Jim Carlson | The Robinson Green Beretta Corporation (RGB) |

1. The meeting was held at the site to continue the investigation of the existing construction for possible code violations.

2. Pat Sawyer opened 16" x 16" holes in the corners of bedroom ceilings to enable observation of the structure above the ceiling and to determine the type of gypsum board used in construction.

3. No identification was found on the gypsum board to indicate that it is Type X, fire resistant material. All observations, however, confirmed all areas observed were single layer, 5/8" gypsum board.

4. Investigation began in a unit of Canonchet II and proceeded in each building of Canonchet I as follows:

   A. Canonchet II, Unit 223

      1. No separation between units above the ceiling observed.
      2. No separation at stairwell to unit above ceiling observed.
      3. Sheetrock ceiling 5/8" on wood furring wall, 5/8" – no id found.
      4. Took sample of gypsum.

   B. Canonchet I, Cottage, Unit C101 (1 story)

      1. 5/8" gypsum board wall and ceilings – walls extend to the deck on resilient metal furring.
      2. Corridors have SAT with no clips on the tile, therefore, there is no rating corridor to the attic.
      3. No id on the tile found.

   C. Canonchet I, Mill Building, Unit M102 (2 story)

      1. 5/8" gypsum board ceiling and walls, ceiling on resilient metal furring.
      2. Fire stop between units, 5'8", with some holes
      3. Observed hole at perimeter wall at corner of bedroom

PLAINTIFF'S
EXHIBIT



D. Canonchet I, House Building, Unit H203 (2 story)

1. 5/8" gypsum board walls and ceilings – no markings.
2. Gypsum on metal resilient furring at ceiling.

E. Canonchet I, Shed Building, Unit S202 (2 story)

1. 5/8" gypsum board walls and ceilings – no markings.
2. Gypsum on metal resilient furring at ceiling.

5. Next investigative meeting on June 3rd at 1:00 p.m.

If any of the above is inconsistent with your understanding, or this correspondence fails to document any items discussed, please advise the writer immediately.

Submitted by,

James R. Carlson, AIA, NCARB
Executive Vice President

JRC:cac

cc: Attendees
William Canning

RGB
architecture
engineering
interior design

09 June 2005

Mr. William J. Canning
Canning Management Company
402 Pontiac Avenue
Cranston, RI 02910

**Re: Canonchet Cliffs I & II**
**RGB #5374-3**

Dear Mr. Canning:

Please find enclosed a copy of my latest investigation at the project.

Neither the Fire Marshal nor the Building Official were able to attend. I will request a meeting with them to review and recommend a course of action to resolve the discovered items if they are satisfied with the scope and extent of the investigation conducted.

Please call me if you have any questions.

Very truly yours,

James R. Carlson, AIA, NCARB
Executive Vice President

JRC:cac

| cc: | Mr. Charles Mauti | Hopkinton Building Official |
|---|---|---|
| | Raymond Bader | Hope Valley Fire Marshal |
| | Frederick A. Stanley | Hope Valley Fire Chief |

PLAINTIFF'S EXHIBIT 14

**CODE INVESTIGATION** / 03 June 2005
**Re: Canonchet Cliffs I & II**
**RGB #5374-3**

**CANONCHET II**

Center Stair
- Hall side – 2 layer, 5/8"
- Hall side at elevator – 2 layer, 5/8", but not to deck - stops at plate, also 8 x 16" hole at plumbing pipes. Found drywall stamps verifying it is 5/8" type X
- Laundry room side – 2 layers, 5/8" – this wall is also the 2-hr separation wall

North Area Separation Wall
- Confirmed 2 layers, 5/8", type X, but not continuous to the deck on corridor side

South Area Separation Wall
- Confirmed 2 layers, 5/8", type X, but not continuous to the deck at corridor – wall continues through small office, past elevator equipment room, but is not continuous above ceilings.
- The elevator room door is rated, but drags on carpet and spring butt requires adjustment to close.

Elevator Room
- Gypsum board does not continue to deck above ceilings
- Room has a rated door, but not functioning, see above

South Wing
- Corridor separation wall to south corridor at kitchen is 2 layers, 5/8" gypsum, but is not continuous above the corridor ceiling - wall appears to end at each corridor wall

South Stair
- Corridor side, 2 layers, 5/8", but not continuous above the corridor ceiling
- Stair side walls are 2 layers, but are not continuous on the sidewalls above the ceilings – observable from the corridor

North Stair
- Same violations as South Stair (open electric box at corridor ceiling)

Elevator Shaft
- Observed corridor side above ceiling – the gypsum board is 2 layers, 5/8", but is not continuous to the deck, therefore, the shaft is not properly rated

Note: Label found on existing ceiling tile, 1st floor corridor outside management office – "fire resistant tile"



CODE INVESTIGATION / 03 June 2005
Re: Canonchet Cliffs I & II
RGB #5374-3
Page 2

## CANONCHET I

### HOUSE

East Stair
- 2 hr – 2 layer 5/8" gypsum around stair up to the ceiling – walls are not continuous above the ceiling, but the ceiling is 2 layers, 5/8" gypsum
- 2 layers, 5/8", 2nd floor ceiling & 2nd floor walls, 2 layers

Units H101 & H102
- No separation between units above the ceiling

West Stair
- Same construction as east stair, all 2 hr drywall, 2 layers on the stair side
- Unit H106 – cut hole in closet ceiling – drywall on unit side does not continue above the ceiling

### SHED

South Stair
- Wall to corridor, 2 layers on stair side, corridor side, 2 layers, but not continuous
- Wall to unit and janitor closet, 2 layers, wall to unit not continuous above SAT
- 2nd floor stair ceiling to attic, 1 layer, 5/8"
- No gypsum board on attic side of stair wall at shed

Area Separation Wall
- 1 layer, 5/8", unknown if continuous above ceiling
- Checked Unit 104 below – wall is continuous and 1hr rated

North Stair
- Built same as South Stair, same violations

Unit S104
- Cut LR ceiling to check area separation wall continuity - drywall is continuous to deck above and provides 1 hr rating

### COTTAGE

Office Entry, West End
- Separation between units, corridor and the community spaces, laundry room, office has 1 hr rated wall, but wall stops above the SAT ceiling below the attic trusses
- Community spaces are therefore not rated since the SAT is not a rated system and is not separated from the units

Corridors
- Corridors have SAT to attic, therefore, unrated to attic

**COTTAGE *(cont.)***

Units

- Continuous gypsum board, 5/8" wall to wall at ceiling

**MILL BUILDING**

Elevator Shaft, East End

- 1st floor corridor ceiling, drywall above SAT - can't see shaft wall
- The elevator shaft is not rated on the west wall at the corridor – drywall stops at plate, joist space open, wall insulated, plywood on elevator side of studs (possibility of another wall on elevator side, can't view without shaft access) unlikely that elevator shaft is properly rated

East Stair

- 2 layers around stair, but not continuous to deck above at corridor ceiling, 2 layers on apartment wall
- Cut hole in ceiling of stair, 2nd floor landing, ceiling is 1 layer, 5/8"
- Side walls of stair stop at ceiling and are not continuous

Area Separation Wall

- 1 layer of 5/8" continuous – not 2 layers found
- Door is rated – the wall continues to the outside wall, south side as a 1 hr wall, not taped, with some holes
- 2nd floor, same issues

West Stair

- Wall corridor to stair is 1 layer, 5/8", not continuous
- Cross corridor wall is 2 layers, 5/8", on both sides
- Wall to unit, stair side is 2 layers, 5/8" – suspect it is not continuous above the ceiling

Submitted By,

James R. Carlson, AIA, NCARB
Executive Vice President

JRC:cae



Canonchet Cliffs I & II
RGB #5374-3

17 June 2005

**Draft Code Review and Recommended Corrections:**

**Stairs**

1. Stair width not 44"—Request variance rehab board and sprinkler all buildings.

2. Stair handrails not compliant – Replace with 1-1/2" pipe rail, request variance on 2 ½" wall clearance to improve stair width.

3. Stair doors not 1 ½ hr rated –Replace with 1 ½ hr doors as occur

4. Stair walls are not continuously rated 2 hours – complete walls above ceilings including extending walls to roof sheathing in the attic.

5. Stair ceiling height at the House is 6'-2"—Raise the roof to comply.

6. Laundry, electric room, storage rooms, and apartments open onto the stairwells at Canonchet I.- Provide 2 hr walls and 1 ½ hr doors on walls adjoining the stair.

7. Stair windows lower than 18" above the floor and not tempered glass.—Add a guard inside the window.

8. Canonchet II center stair not 2hr rated to triangular void .—Provide 2hr wall

9. Stair drapery not class A – Remove the drapery.

**Elevators**

1. Shafts are not continuous 2hr rated.—Investigate further to determine deficiencies and if the rating can be improved.—Improve or request variance for necessary items.

2. Canonchet II elevator room not properly rated at ceiling.—Remove existing ceiling and replace with 2 layers 5/8 X board.

3. Canonchet II elevator equipment room door does not self close.—Adjust door.

**Corridors**

1. Corridor floor/ ceiling is not 1hr rated. Ceiling tile appears to be a rated tile but no hold down clips are installed and the 2x6 floor joists do not comply with the UL test 2x8 joist required.—Install hold down clips and request variance on the joist size.

2. Corridor to attic rating is not 1hr rated at ACT ceilings, since no tested assembly can be found.—Remove SAT ceilings and replace with 2 layers of 5/8 rated board. Correct unrated penetrations at HVAC systems.

3. Corridor to apartments are not a continuous 1hr rating.—Since the corridor ceilings are not fully compliant, correct gaps and seal penetrations with fire sealant. At Canonchet II, north wing, 3rd floor, remove flex duct and replace with rigid metal duct. Check south wing for similar violation.

4. Lounges, sitting areas are open to the corridor.—Install walls and 1hr rated doors or remove the furniture.

PLAINTIFF'S EXHIBIT
1

Canonchet Cliffs I & II
RGB #5374-3

17 June 2005

**Draft Code Review and Recommended Corrections:**

5. Shed building Canonchet I. 2nd floor corridor. wall to attic space has no protection on the attic side and wall is not fire stopped.—Install 1 layer 5/8" board on the attic side and firestop the wall.

**Area Separation Walls, Fire and Draft Stopping**

1. Area separation walls are not continuous thru the building and the attic.—Add and improve walls to bring the building into compliance with the 1984 code for R2 use group, 5A construction, Sprinklered buildings as follows:
   10,200 sf base +200% @ 2story buildings = 30,600sf areas
   10,200sf base + 100% at 3 story buildings + 20,400sf – 20% = 16,320sf areas.
   Do not take frontage increase.
   Provide rated doors at attic separation walls.

2. Attics are not firestopped into 3000sf areas.—Install 5/8 rated board on attic trusses to divide the attics. Provide rated access hatches in the walls

3. No draft stopping is provided in ceilings between apartment units 1420.7.1.1 1984 code.—Install where none exist.

4. Canonchet II and the Cottage Building community spaces are not continuously 1hr rated from the apartment units because of openings above the ceilings.—Install 1hr rated walls above ceilings.

**Other Issues**

1. When attic ridge vents were cut in on reproofing the edge of plywood was left unsupported.—Install 2x4 blocking between all trusses at the edge of the plywood.

2. Remove items stored in electric and mechanical rooms.—Construct storage building if required.

3. Resolve Jan. 17, 1995 letter from Fire District. – Inspect area with Fire Officials to determine if the structure was repaired. Elevator, which building???

Submitted by,

James R. Carlson. AIA. NCARB
Executive Vice President

JRC:cac

Allstate Appraisal & Adjustment
400 Pontiac Avenue
Cranston, Rhode Island 02910
401-785-4030
401-785-3670 fax
07/11/05

Client: Canonchet Cliffs 1+2
Address: 808 Main St.
Hope Vally, RI 02832

Res. Ph: (401)539-2223
Fax: (401)539-0269

Estimator: Steve Mesolella

Bus. Ph: (401)785-4030
Fax: (401)785-3670

Estimate: CANONCHET_CL



Allstate Appraisal & Adjustment

Room: Canonchet

| DESCRIPTION | UNITS | | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|---|
| Suspended ceiling tile - Detach & reset on all levels of building to address the drywall installation to decks above in Canonchet 1+2.A crew of four ceiling technicians will be used to drop+reset once fire rated drywall is installed. | 1,012 HR | @ | | 28.50= | 28,842.00 |
| 5/8" drywall - hung & fire taped only.Apply fire rated drywall on all floor levels starting from the ending of corridor wall drywall to upper decks.A crew of four drywall installers to apply double layers labor only.Workers will be working off stilts and or stagings. | 1,200 HR | @ | | 32.50= | 39,000.00 |
| Material drywall material to include drywall 5/8"fire rated,screws,and compound. | 1 JB | @ | | 2,100.00= | 2,100.00 |
| Carpet - Canonchet 1+2 remove and replace with fire rated glue down carpet to include all corridors,stairwells,common areas. | 1,444 SY | @ | | 14.50= | 20,938.00 |
| Replace flex vent pipe with stainless steel or alum.into all attic areas. | 1 JB | @ | | 150.00= | 150.00 |

Allstate Appraisal & Adjustment

Canonchet Cliffs 1+2 07/11/05 Page:3

Continued - Canonchet

| DESCRIPTION | UNITS | | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|---|
| Framing repair - Minimum charge install solid bridging on all corridor levels where 2"*6" floor joist exist.Corridors third+second ceiling levels.Price will include labor for two carpenters with time+expense.No material. | 860 HR | @ | | 28.50= | 24,510.00 |
| Material to fram in all under braced corridor floors consisting of 2"*6" lumber,metal joist hangers,nailing,pluss equipment. | 1 JB | @ | | 460.00= | 460.00 |
| Interior door - birch - pre-hung unit on third floor No. end stair well. | 1 EA | @ | | 360.00= | 360.00 |
| Framing repair - Minimum charge fram in to first,second,third leveles of canonchet 1+2 on north+south sides of building exits to ground levels as follows.Roof,landings,sidewalls .installation,rough+finish wireing,heat vent air,finish carpentry,paint or stain interior+exterior,siding applacation,ect. | 1 JB | @ | | | |
| 2" x 10" lumber (1.67 BF per LF) 110/12' joist,stringers. | 2,205 BF | @ | | 2.50= | 5,512.50 |
| 2" x 6" lumber (1 BF per LF) rough fasca fram in sidewalls 400/8' | 3,200 BF | @ | | 1.30= | 4,160.00 |
| 3 tab - 25 yr. - (hvy wt)comp. shingle rfg - incl. felt | 16 SQ | @ | | 450.00= | 7,200.00 |
| Furring strip - 1" x 2" | 1,000 LF | @ | | 0.56= | 560.00 |
| Truss - 8/12 slope 80/5' | 80 EA | @ | | 32.00= | 2,560.00 |

Allstate Appraisal & Adjustment

Canonchet Cliffs 1+2 07/11/05 Page:4

Continued Canonchet

| DESCRIPTION | UNITS | | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|---|
| Sheathing - plywood - 1/2" CDX roofs+sidewalls. | 1,800 SF | @ | | 1.40= | 2,520.00 |
| FINISH CARPENTRY / TRIMWORK | 560 SF | @ | | 7.60= | 4,256.00 |
| Electrical repair - rough+finish.Two buildings,four strairwells. | 1 JB | @ | | 6,200.00= | 6,200.00 |
| Heat, vent, & air conditioning repair - Minimum charge.Per | 4 JB | @ | | 1,090.00= | 4,360.00 |
| Blown-in insulation - 6" depth - R19 | 3,200 SF | @ | | 0.47= | 1,504.00 |
| R&R 5/8" drywall - hung & fire taped only | 8,012 SF | @ | 0.16+ | 1.90= | 16,504.72 |
| Seal then paint the surface area (2 coats) | 4,006 SF | @ | | 0.60= | 2,403.60 |
| Detach & Reset Carpet - (material and labor) | 600 SY | @ | | 14.50= | 8,700.00 |
| Vinyl cove | 460 LF | @ | | 3.99= | 1,835.40 |
| Steel door, 3'x 7' | 1 EA | @ | | 460.00= | 460.00 |
| Paint door (per side) | 2 EA | @ | | 37.08= | 74.16 |
| Concrete slab reinforcement - 6" x 6", #10 wire mesh | 4 EH | @ | | 450.00= | 1,800.00 |
| Siding - beveled - pine or equal (clapboard) | 4,006 SF | @ | | 3.34= | 13,380.04 |
| Seal/prime the surface area - one coat then apply finish coat to exterior. | 4,006 SF | @ | | 0.85= | 3,405.10 |
| Stairway - 4' wide (8' rise plus joist) | 32 EA | @ | | 156.00= | 4,992.00 |
| Stairway - stringers, treads & risers (per tread) | 32 EA | @ | | 36.13= | 1,156.16 |

| DESCRIPTION | UNITS | | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|---|
| Light fixture - Standard grade | 4 EA | @ | | 26.50= | 106.00 |

Room Total: Canonchet 210,009.68

**Room: Mill Building**

| DESCRIPTION | UNITS | | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|---|
| Suspended ceiling tile - Detach & reset on all levels of building to address the drywall installation to decks above in Canonchet 1+2.A crew of four ceiling technicians will be used to drop+reset once fire rated drywall is installed. | 1,012 HR | @ | | 28.50= | 28,842.00 |
| 5/8" drywall - hung & fire taped only.Apply fire rated drywall on all floor levels starting from the ending of corridor wall drywall to upper decks.A crew of four drywall installers to apply double layers labor only.Workers will be working off stilts and or stagings. | 1,200 HR | @ | | 32.50= | 39,000.00 |
| Material drywall material to include drywall 5/8"fire rated,screws,and compound. | 1 JB | @ | | 2,100.00= | 2,100.00 |
| Carpet - Mill building. | 860 SY | @ | | 14.50= | 12,470.00 |
| Furring strip - 1" x 2" | 1,000 LF | @ | | 0.56= | 560.00 |

Allstate Appraisal & Adjustment

Canonchet Cliffs 1+2 07/11/05 Page:6

Continued - Mill Building

| DESCRIPTION | UNITS | | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|---|
| Framing repair - Minimum charge fram in to first,second,third leveles of canonchet 1+2 on north+south sides of building exits to ground levels as follows.Roof,landings,sidewalls ,installation,rough+finish wireing,heat vent air,finish carpentry,paint or stain interior+exterior,siding applacation,ect. | 1 JB | @ | | | |
| 2" x 10" lumber (1.67 BF per LF) 110/12' joist,stringers. | 2,205 BF | @ | | 2.50= | 5,512.50 |
| 2" x 6" lumber (1 BF per LF) rough fasca fram in sidewalls.400/8' | 3,200 BF | @ | | 1.30= | 4,160.00 |
| Truss - 8/12 slope 64/5' | 64 EH | @ | | 32.00= | 2,048.00 |
| 3 tab - 25 yr. - composition shingle roofing - incl. felt | 16 SQ | @ | | 450.00= | 7,200.00 |
| Trim board - 1" x 10" - installed | 560 LF | @ | | 8.50= | 4,760.00 |
| Sheathing - plywood - 1/2" CDX roofs+sidewalls. | 1,632 SF | @ | | 1.40= | 2,284.80 |
| Sheathing - plywood - 3/4" - tongue and groove | 560 SF | @ | | 1.85= | 1,036.00 |
| Electrical repair - rough+finish.Two buildings,four strairwells. | 1 JB | @ | | 6,200.00= | 6,200.00 |
| Heat, vent, & air conditioning repair - Minimum charge.Per | 4 JB | @ | | 1,090.00= | 4,360.00 |
| Blown-in insulation - 6" depth - R19 | 3,200 SF | @ | | 0.47= | 1,504.00 |
| Seal then paint the surface area (2 coats) | 4,006 SF | @ | | 0.60= | 2,403.60 |

| DESCRIPTION | UNITS | | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|---|
| Detach & Reset Carpet - (material and labor) | 600 SY | @ | | 14.50= | 8,700.00 |
| Vinyl cove | 460 LF | @ | | 3.99= | 1,835.40 |
| Steel door, 3'x 7' | 1 EA | @ | | 460.00= | 460.00 |
| Paint door (per side) | 2 EA | @ | | 37.08= | 74.16 |
| Concrete slab reinforcement - 6" x 6", #10 wire mesh | 4 EH | @ | | 450.00= | 1,800.00 |
| Siding - beveled - pine or equal (clapboard) | 4,006 SF | @ | | 3.34= | 13,380.04 |
| Seal/prime the surface area - one coat then apply finish coat to exterior. | 4,006 SF | @ | | 0.85= | 3,405.10 |
| Stairway - 4' wide (8' rise plus joist) | 32 EA | @ | | 156.00= | 4,992.00 |
| Stairway - stringers, treads & risers (per tread) | 32 EA | @ | | 36.13= | 1,156.16 |
| Light fixture - Standard grade | 4 EA | @ | | 26.50= | 106.00 |

Room Total: Mill Building 160,349.76

**Room: The Shed**

| DESCRIPTION | UNITS | | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|---|
| Suspended ceiling tile - Detach & reset on all levels of building to address the drywall installation to decks above in Canonchet 1+2.A crew of four ceiling technicians will be used to drop+reset once fire rated drywall is installed. | 800 HR | @ | | 28.50= | 22,800.00 |

Allstate Appraisal & Adjustment

Canonchet Cliffs 1+2 07/11/05 Page:6

Continued - The Shed

| DESCRIPTION | UNITS | | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|---|
| 5/8" drywall - hung & fire taped only.Apply fire rated drywall on all floor levels starting from the ending of corridor wall drywall to upper decks.A crew of four drywall installers to apply double layers labor only.Workers will be working off stilts and or stagings. | 840 HR | @ | | 32.50= | 27,300.00 |
| Material drywall material to include drywall 5/8"fire rated,screws,and compound. | 1 JB | @ | | 860.00= | 860.00 |
| Carpet - Shed | 580 SY | @ | | 14.50= | 8,410.00 |
| Material to fram in all under braced corridor floors consisting of 2"*6" lumber,metal joist hangers,nailing,pluss equipment. | 1 JB | @ | | 460.00= | 460.00 |
| Interior door - birch - pre-hung unit on third floor No. end stair well. | 1 EA | @ | | 360.00= | 360.00 |
| Framing repair - Minimum charge fram in to first,second,third leveles of canonchet 1+2 on north+south sides of building exits to ground levels as follows.Roof,landings,sidewalls ,installation,rough+finish wireing,heat vent air,finish carpentry,paint or stain interior+exterior,siding applacation,ect. | 1 JB | @ | | | |
| 2" x 10" lumber (1.67 BF per LF) 110/12' joist,stringers. | 2,205 BF | @ | | 2.50= | 5,512.50 |
| 2" x 6" lumber (1 BF per LF) rough fasca fram in sidewalls.400/8' | 3,200 BF | @ | | 1.30= | 4,160.00 |

Allstate Appraisal & Adjustment

Canonchet Cliffs 1+2 07/11/05 Page:9

Continued - The Shed

| DESCRIPTION | UNITS | | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|---|
| Furring strip - 1" x 2" | 1,000 LF | @ | | 0.56= | 560.00 |
| Truss - 8/12 slope 62/5' | 62 EH | @ | | 32.00= | 1,984.00 |
| Sheathing - plywood - 1/2" CDX roofs+sidewalls. | 1,432 SF | @ | | 1.40= | 2,004.80 |
| 3 tab - 25 yr. - composition shingle roofing - incl. felt | 16 SQ | @ | | 450.00= | 7,200.00 |
| Sheathing - plywood - 3/4" - tongue and groove | 560 SF | @ | | 8.50= | 4,760.00 |
| Electrical repair - rough+finish.Two buildings.four strairwells. | 1 JB | @ | | 6,200.00= | 6,200.00 |
| Heat. vent. & air conditioning repair - Minimum charge.Per | 4 JB | @ | | 1,090.00= | 4,360.00 |
| Blown-in insulation - 6" depth - R19 | 2,200 SF | @ | | 0.47= | 1,034.00 |
| Seal then paint the surface area (2 coats) | 3,100 SF | @ | | 0.60= | 1,860.00 |
| Detach & Reset Carpet - (material and labor) | 485 SY | @ | | 14.50= | 7,032.50 |
| Vinyl cove | 460 LF | @ | | 3.99= | 1,835.40 |
| Steel door, 3'x 7' | 1 EA | @ | | 460.00= | 460.00 |
| Paint door (per side) | 2 EA | @ | | 37.08= | 74.16 |
| Concrete slab reinforcement - 6" x 6". #10 wire mesh | 4 EH | @ | | 450.00= | 1,800.00 |
| Siding - beveled - pine or equal (clapboard) | 3,200 SF | @ | | 3.34= | 10,688.00 |
| Seal/prime the surface area - one coat then apply finish coat to exterior | 4,006 SF | @ | | 0.85= | 3,405.10 |

| DESCRIPTION | UNITS | | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|---|
| Stairway - 4' wide (8' rise plus joist) | 32 EA | @ | | 156.00= | 4,992.00 |
| Stairway - stringers, treads & risers (per tread) | 32 EA | @ | | 36.13= | 1,156.16 |
| Light fixture - Standard grade | 4 EA | @ | | 26.50= | 106.00 |

Room Total: The Shed 131,374.62

Room: The House

| DESCRIPTION | UNITS | | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|---|
| Suspended ceiling tile - Detach & reset on all levels of building to address the drywall installation to decks above in Canonchet 1+2.A crew of four ceiling technicians will be used to drop+reset once fire rated drywall is installed. | 800 HR | @ | | 28.50= | 22,800.00 |
| 5/8" drywall - hung & fire taped only.Apply fire rated drywall on all floor levels starting from the ending of corridor wall drywall to upper decks.A crew of four drywall installers to apply double layers labor only.Workers will be working off stilts and or stagings. | 840 HR | @ | | 32.50= | 27,300.00 |
| Material drywall material to include drywall 5/8"fire rated,screws,and compound. | 1 JB | @ | | 860.00= | 860.00 |
| Carpet - Shed | 580 SY | @ | | 14.50= | 8,410.00 |

| DESCRIPTION | UNITS | | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|---|
| Material to fram in all under braced corridor floors consisting of 2"*6" lumber,metal joist hangers,nailing,pluss equipment. | 1 JB | @ | | 460.00= | 460.00 |
| Interior door - birch - pre-hung unit on third floor No. end stair well. | 1 EA | @ | | 360.00= | 360.00 |
| Framing repair - Minimum charge fram in to first,second,third leveles of canonchet 1+2 on north+south sides of building exits to ground levels as follows.Roof,landings,sidewalls ,installation,rough+finish wireing,heat vent air,finish carpentry,paint or stain interior+exterior,siding applacation,ect. | 1 JB | @ | | | |
| 2" x 10" lumber (1.67 BF per LF) 110/12' joist,stringers. | 2,205 BF | @ | | 2.50= | 5,512.50 |
| 2" x 6" lumber (1 BF per LF) rough fasca fram in sidewalls.400/8' | 3,200 BF | @ | | 1.30= | 4,160.00 |
| 3 tab - 25 yr. - (hvy.wt)comp. shingle rfg - incl. felt | 16 SQ | @ | | 450.00= | 7,200.00 |
| Truss - 8/12 slope 62/5' | 62 EH | @ | | 32.00= | 1,984.00 |
| Furring strip - 1" x 2" | 1,000 LF | @ | | 0.56= | 560.00 |
| Trim board - 1" x 10" - installed | 720 LF | @ | | 8.50= | 6,120.00 |
| Sheathing - plywood - 1/2" CDX roofs+sidewalls. | 1,432 SF | @ | | 1.40= | 2,004.80 |
| Sheathing - plywood - 3/4" - tongue and groove | 560 SF | @ | | 1.85= | 1,036.00 |

Allstate Appraisal & Adjustment

Canoncnet Cliffs 1+2 07/11/05 Page:12

Continued - The House

| DESCRIPTION | UNITS | | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|---|
| Electrical repair - rough+finish.Two buildings.four strairwells. | 1 JB | @ | | 6,200.00= | 6,200.00 |
| Heat, vent, & air conditioning repair - Minimum charge.Per | 4 JB | @ | | 1,090.00= | 4,360.00 |
| Blown-in insulation - 6" depth - R19 | 2,200 SF | @ | | 0.47= | 1,034.00 |
| Seal then paint the surface area (2 coats) | 3,100 SF | @ | | 0.60= | 1,860.00 |
| Detach & Reset Carpet - (material and labor) | 485 SY | @ | | 14.50= | 7,032.50 |
| Vinyl cove | 460 LF | @ | | 3.99= | 1,835.40 |
| Steel door, 3'x 7' | 1 EA | @ | | 460.00= | 460.00 |
| Paint door (per side) | 2 EA | @ | | 37.08= | 74.16 |
| Concrete slab reinforcement - 6" x 6", #10 wire mesh | 4 EH | @ | | 450.00= | 1,800.00 |
| Siding - beveled - pine or equal (clapboard) | 3,200 SF | @ | | 3.34= | 10,688.00 |
| Seal/prime the surface area - one coat then apply finish coat to exterior. | 4,006 SF | @ | | 0.85= | 3,405.10 |
| Stairway - 4' wide (8' rise plus joist) | 32 EA | @ | | 156.00= | 4,992.00 |
| Stairway - stringers, treads & risers (per tread) | 32 EA | @ | | 36.13= | 1,156.16 |
| Light fixture - Standard grade | 4 EA | @ | | 26.50= | 106.00 |

Room Total: The House 133,770.62

Allstate Appraisal & Adjustment

Canonchet Cliffs 1+2

07/11/05 Page:13

Room: Extras

| DESCRIPTION | UNITS | | REMOVE | REPLACE | TOTAL |
|---|---|---|---|---|---|
| Tear out and preperation.Demo crew to perfome all prep. | 1 JB | @ | 4,200.00+ | | 4,200.00 |
| Dumpster load - Extra large | 8 EA | @ | 325.00+ | | 2,600.00 |
| Post construction and continuous clean up | 1 JB | @ | 3,000.00+ | | 3,000.00 |
| Room Total: Extras | | | | | 9,800.00 |
| Line Item Subtotal: | | | | | 645,304.68 |

Allstate Appraisal & Adjustment

Summary

| | | | | |
|---|---|---|---|---|
| Total Line Items | | | | 645,304.68 |
| Overhead | @ | 10% x | 645,304.68 | 64,530.47 |
| Profit | @ | 10% x | 709,835.15 | 70,983.52 |
| Material Tax | @ | 7% x | 138,801.65 | 9,716.12 |
| Permit Amount | | | | 4,500.00 |
| Grand Total | | | | $795,034.79 |

Steve Mesolella
Claims Adjuster

Allstate Appraisal & Adjustment

Recap By Room

| | | |
|---|---|---|
| Room:Canonchet | 210,009.68 | 32.54% |
| Room:Mill Building | 160,349.76 | 24.85% |
| Room:The Shed | 131,374.62 | 20.36% |
| Room:The House | 133,770.62 | 20.73% |
| Room:Extras | 9,800.00 | 1.52% |

Summary

| | | | | |
|---|---|---|---|---|
| Total Line Items | | | | 645,304.68 |
| Overhead | @ | 10% x | 645,304.68 | 64,530.47 |
| Profit | @ | 10% x | 709,835.15 | 70,983.52 |
| Material Tax | @ | 7% x | 138,801.65 | 9,716.12 |
| Permit Amount | | | | 4,500.00 |
| Grand Total | | | | $795,034.79 |

Recap By Category

| Description: O&P Items | | Total Dollars | % |
|---|---|---|---|
| ACOUSTICAL TREATMENTS | | 103,284.00 | 16.01% |
| CONCRETE | | 7,200.00 | 1.12% |
| GENERAL DEMOLITION | | 11,081.92 | 1.72% |
| DOORS | | 2,920.00 | 0.45% |
| DRYWALL | | 147,822.80 | 22.91% |
| ELECTRICAL | | 24,800.00 | 3.84% |
| FLOOR COVERING - CARPET | | 81,693.00 | 12.66% |
| FLOOR COVERING - VINYL | | 7,341.60 | 1.14% |
| FINISH CARPENTRY / TRIMWORK | | 15,136.00 | 2.35% |
| FRAMING & ROUGH CARPENTRY | | 89,662.40 | 13.89% |
| HEAT, VENT & AIR CONDITIONING | | 17,590.00 | 2.73% |
| INSULATION | | 5,076.00 | 0.79% |
| LIGHT FIXTURES | | 424.00 | 0.07% |
| Material | | 7,300.00 | 1.13% |
| PAINTING | | 22,444.24 | 3.48% |
| ROOFING | | 28,800.00 | 4.46% |
| SIDING, PATIOS, & AWNINGS | | 48,136.08 | 7.46% |
| STAIRS | | 24,592.64 | 3.79% |
| O&P Items Subtotal | | 645,304.68 | 100.00% |
| Overhead | 10% | 64,530.47 | |
| Profit | 10% | 70,983.52 | |
| Material Tax | 7% | 9,716.12 | |
| Permit Amount | | 4,500.00 | |
| Grand Total | | $795,034.79 | |